## 29416. HARRIS v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

Eddie Paul Harris, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29450. TAYLOR v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Hill, J., not participating.*

DECIDED JANUARY 7, 1975.

Horace Taylor, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29438. MITCHELL v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent. Hill, J., not participating.*

DECIDED JANUARY 28, 1975.

Paul Mitchell, *pro se.*